**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GOLDEN HOTEL LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **61-1770775** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9357 Andalusia Avenue**<br>**Fountain Valley, CA 92708**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | Location of principal assets, if different from principal place of business<br>**7762 Beach Boulevard Buena Park, CA 90620**<br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL) _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | GOLDEN HOTEL LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Golden Capital Venture LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | | When **9/21/20** | Case number, if known |

Debtor    **GOLDEN HOTEL LLC**                                              Case number (*if known*) _____
_____
Name

**11. Why is the case filed in** *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

████  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **GOLDEN HOTEL LLC**                                                    Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/20/2020
              MM / DD / YYYY

X _~~~~signature~~~~_____              **Hieu M Bui**
Signature of authorized representative of debtor    Printed name

Title    **Manager**

**18. Signature of attorney**

X  */s/ Lei Lei Wang Ekvall*_____        Date  09/21/2020
Signature of attorney for debtor                          MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 445-1000**     Email address  **lekvall@swelawfirm.com**

**163047 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **GOLDEN HOTEL LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Booking.com Postbus 1639 1000 BP Amsterdam The Netherlands** | | | | | | **$6,851.92** |
| **Capital One P.O. Box 60599 City of Industry, CA 91716-0599** | | **Credit Card** | | | | **$66,680.44** |
| **Chase P.O. Box 6294 Carol Stream, IL 60197-6294** | | **Credit Card** | | | | **$62,456.82** |
| **City of Buena Park 6650 Beach Boulevard Buena Park, CA 90622-5009** | | **Water, tourism tax, occupany tax** | | | | **$4,000.00** |
| **Code Red Fire, Inc. P.O. Box 1552 Montebello, CA 90640** | | | | | | **$8,275.27** |
| **Consolidated Elevator Company 964 East Badillo Street Covina, CA 91724** | | | | | | **$450.00** |
| **DMV Renewal P.O. Box 942897 Sacramento, CA 94297-0898** | | | | | | **$872.00** |
| **Ecolab P.O. Box 100512 Pasadena, CA 91189** | | | | | | **$1,768.09** |
| **EDCO 6762 Stanton Avenue Buena Park, CA 90621** | | **Trash Collection** | | | | **$1,200.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | GOLDEN HOTEL LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Live Oak Bank 1757 Tiburon Drive Wilmington, NC 28403-6244 | | Loan | | | | $305,300.00 |
| Manley's Boiler LLC 401 S. Grand Avenue Santa Ana, CA 92705 | | | | | | $570.00 |
| Musicstyling.com Limited Venture Way Dunston Technology Park Chesterfield, Derbyshire, S41 8NE United Kingdom | | | | | | $793.80 |
| Oracle America, Inc. 500 Oracle Parkway Redwood City, CA 94065 | | | | | | $6,432.00 |
| Ortiz Tree Service 11191 Montlake Drive Riverside, CA 92505 | | | | | | $5,075.00 |
| Radisson Hotels International, Inc. WF 7073 P.O. Box 1450 Minneapolis, MN 55485-7073 | | Franchise Agreement | | | | $62,118.09 |
| Southern California Edison P.O. Box 6400 Rancho Cucamonga, CA 91729-6400 | | Utilities | | | | $10,000.00 |
| Southern California Gas Company P.O. Box C Monterey Park, CA 91756 | | Utilities | | | | $1,500.00 |
| Spectrum P.O. Box 60074 City of Industry, CA 91716-0074 | | Internet/Cable/Telephone | | | | $4,000.00 |
| Western Exterminator P.O. Box 16350 Reading, PA 19612-6350 | | | | | | $1,125.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **GOLDEN HOTEL LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **White Nelson Co. LLP**<br>**2875 Michelle Drive**<br>**Suite 300**<br>**Irvine, CA 92606** | | | | | | **$15,905.00** |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Lei Lei Wang Ekvall**
**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
**(714) 445-1000 Fax: (714) 445-1002**
California State Bar Number: **163047 CA**
lekvall@swelawfirm.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**GOLDEN HOTEL LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __13__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 09/20/2020

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

GOLDEN HOTEL LLC
9357 Andalusia Avenue
Fountain Valley, CA 92708


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


Aida Lopez
1777 W. Glencrest Apt. 13
Anaheim, CA 92801


Alexis Aquino
10212 Sherill Street
Anaheim, CA 92804


Amanda Holguin
8491 San Marino Drive
Buena Park, CA 90620


Amanda Limon
231 S. Emerald Street
Anaheim, CA 92804


Andrew Medina
9209 Loch Lomond Drive
Pico Rivera, CA 90660


AndTech Corporation
12908 Haster Dtreet
Garden Grove, CA 92840

Angeles Morando
2087 W. Lincoln Apt. 153
Anaheim, CA 92801


Anthony Baker
156 W. Hill Avenue, Apt. 58
Fullerton, CA 92832


Anthony Vega
208 E. Clifton Ave Apt. 1
Anaheim, CA 92805


Antonius M. Vrolijk
1919 E. Center Drive
Anaheim, CA 92805


April Donaire
2401 W. West Avenue
Fullerton, CA 92833


Ashley Holtkamp
17635 Ardmore Avenue
Bellflower, CA 90706


AT&T
P.O. Box 537104
Atlanta, GA 30353


Bank of America, N.A.
c/o Capital Markets Servicing Group
900 West Trade Street, Suite 650
Mail Code: NC1-026-06-01
Charlotte, NC 28255

Beatriz Lopez
1613 E. Sycamore Street
Anaheim, CA 92805


Bertha Baez-Duran
1600 S. Euclid Street, Apt. D
Fullerton, CA 92832


Booking.com
Postbus 1639
1000 BP Amsterdam
The Netherlands


Buchalter
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730


Capital One
P.O. Box 60599
City of Industry, CA 91716-0599


Carmelo Geradio
1026 W. Cubbon Street
Santa Ana, CA 92703


Carmen Arreola
2441 W. Crescent Avenue
Anaheim, CA 92801


Carmen Lucas
11241 Santa Maria Street
Stanton, CA 90680

Carolina Alcazar
3110 Del Monte Drive
Anaheim, CA 92804


Chase
P.O. Box 6294
Carol Stream, IL 60197-6294


Christina M Carrillo
301 W. Hill Avenue
Fullerton, CA 92832


Citi Cards
P.O. Box 78019
Phoenix, AZ 85062-8019


City of Buena Park
6650 Beach Boulevard
Buena Park, CA 90622-5009


Clarisa Dionisio
224 S. Delano Street
Anaheim, CA 92804


Claudia Maciel
1800 W. Glencrest Ave Apt. 5
Anaheim, CA 92801


Code Red Fire, Inc.
P.O. Box 1552
Montebello, CA 90640

Consolidated Elevator Company
964 East Badillo Street
Covina, CA 91724


County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


Cristina Flores
2125 Jetty Drive
Anaheim, CA 92802


Daniel B. Heidtke
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127


DMV Renewal
P.O. Box 942897
Sacramento, CA 94297-0898


Doroteo Z. Flores
13621 Goldenwest Street
Westminster, CA 92683


Ecolab
P.O. Box 100512
Pasadena, CA 91189


EDCO
6762 Stanton Avenue
Buena Park, CA 90621

Elizandra Rios Perez
237 W. Kenpp Avenue
Fullerton, CA 92832


Emeteria Vasquez
1670 W. Broadway Apt 8-A
Anaheim, CA 92802


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Erick Aquino
311 E. Leatrice Lane #1
Anaheim, CA 92802


Esmirna Lozano
2202 S. Lewis
Anaheim, CA 92802


Felicitas Hernandez
11917 167th Street
Artesia, CA 90701


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gerardo Herrera Olozagasti
1136 North Leisure Center
Anaheim, CA 92801

Golden Capital Venture LLC
9357 Andalusia Avenue
Fountain Valley, CA 92708


Hang Tran
9357 Andalusia Avenue
Fountain Valley, CA 92708


HDSupply
P.O. Box 509058
San Diego, CA 92150-0058


Hector Hernandez
3683 S. Bear Street Unit B
Santa Ana, CA 92704


Hieu Minh Bui
9357 Andalusia Avenue
Fountain Valley, CA 92708


Invobal Corporation
9357 Andalusia Avenue
Fountain Valley, CA 92708


Joaquin Vega
852 S. Dickel Street
Anaheim, CA 92805


Jorge Ramirez
2252 W. Lincoln Avenue Apt. D-2
Anaheim, CA 92801

Joshua Helms
445 N. Via Napoli
Anaheim, CA 92806


Jozette Perez
82 Carriage Way
Pomona, CA 91766


Julian J. Torres
1026 W. Cubbon Street
Santa Ana, CA 92703


Julio Aranda
2429 Wainwright Street
Buena Park, CA 90620


Lesly B. Vasquez
6343 Lincoln Avenue Apt. Q1
Buena Park, CA 90620


Liliana G.L. Gomez
3931 West Orange Avenue #264
Anaheim, CA 92804


Lino Quintana
2112 Alameda #3
Anaheim, CA 92801


Live Oak Bank
1757 Tiburon Drive
Wilmington, NC 28403-6244

Luis Torres Rosales
7571 Tenth Street Apt 1
Buena Park, CA 90621


Ma del Socorro Garcia
1660 W. Palm Lane #100
Anaheim, CA 92802


Magdalena Aparicio
2900 W. Lincoln Ave., Apt. 209
Anaheim, CA 92801


Manley's Boiler LLC
401 S. Grand Avenue
Santa Ana, CA 92705


Manuel D. Barahona
2242 W. Lincoln Avenue, Apt. J.2
Anaheim, CA 92801


Maria Gonzalez
514 W. Washington Avenue
Santa Ana, CA 92706


Marisa Sanchez
237 W. Knepp Apt C
Fullerton, CA 92832


Matilde Rivera
16642 Terrel Street
Fountain Valley, CA 92708

Miguel Elizarraras Reyes
1168 N. Holly Street
Anaheim, CA 92801


Mike Thomas
709 N. Hanover Street
Anaheim, CA 92801


Musicstyling.com Limited
Venture Way
Dunston Technology Park
Chesterfield, Derbyshire, S41 8NE
United Kingdom


Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065


Ortiz Tree Service
11191 Montlake Drive
Riverside, CA 92505


Oscar Juat
4229 Gardenia Avenue
Long Beach, CA 90807


Philip Melchor
1020 Encenitas Street
La Habra, CA 90631


Radisson Hotels International, Inc.
WF 7073
P.O. Box 1450
Minneapolis, MN 55485-7073

Radisson Hotels International, Inc.
701 Carlson Parkway
Mail Stop 8256
Minnetonka, MN 55305


Ramona Morales
7701 Fillmore Apt. D
Buena Park, CA 90620


Rebecca Foley
8301 Briarwood
Stanton, CA 90680


Roberta Capistrano
7200 Melrose Street, Apt. 106
Buena Park, CA 90621


Rodolfo Ruiz
10422 Fern Avenue Apt 7
Stanton, CA 90680


Rosa Alvarez Valencia
200 N. Grand Ave SPC 93
Anaheim, CA 92801


Sergio A. Ornelas
11132 Gilbert Street
Garden Grove, CA 92841


Silvia Silva
514 W. Washington Apt. 301
Santa Ana, CA 92706

Sonia Ortega
1507 S. Lincoln Avenue
Corona, CA 92882


Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400


Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756


Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074


State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Tristan Calibang
1101 W. Pine Street
Santa Ana, CA 92703


USBank
1310 Madrid Street
Suite 1010
Marshall, MN 56258-4002


Vanessa Lopez
1917 E. 61st
Long Beach, CA 90805

Velia Plascencia
9166 Cerritos Avenue #39
Anaheim, CA 92804


Victoria Fuentes
2923 W. Floyd
Anaheim, CA 92804


Wells Fargo Bank, NA. Tee FBO
the Holders of Morgan Stanley Cap I
Trust 2015-UBS8, etc.
9062 Old Annapolis Road
Columbia, MD 21045


Western Exterminator
P.O. Box 16350
Reading, PA 19612-6350


White Nelson Co. LLP
2875 Michelle Drive
Suite 300
Irvine, CA 92606


Yelly Santana
13234 Verdura Avenue
Downey, CA 90242


Yohualli Espinosa
13042 Benton Street
Garden Grove, CA 92843


Yolanda Avila Ramirez
13251 Edward Street
Westminster, CA 92683