**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Proposed Counsel for Golden Hotel LLC and
Golden Capital Venture LLC, Debtors and
Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GOLDEN HOTEL LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:20-bk-12636-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 8:20-bk-12637-SC) |
| In re<br><br>GOLDEN CAPITAL VENTURE LLC,<br><br>Debtor and<br>Debtor-in-Possession. | **DECLARATION OF BRIAN WEISS IN SUPPORT OF EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND TURNOVER OF ESTATE PROPERTY**<br><br>**Hearing Information:**<br>**DATE:** September 23, 2020<br>**TIME:** 2:00 p.m.<br>**CTRM:** 5C |
| ☐ Affects GOLDEN HOTEL LLC<br>☐ Affects GOLDEN CAPITAL VENTURE LLC<br>☒ Affects both Debtors | Ronald Reagan Federal Building<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

2837958.1                                                                                                         DECLARATION

## **DECLARATION OF BRIAN WEISS**

I, Brian Weiss, declare as follows:

1. I am a co-founder and partner of Force Ten Partners, LLC ("Force 10"), the proposed financial advisor of both Golden Hotel, LLC, and Golden Capital Venture, LLC (the "Debtors"), prior to the petition date and know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Emergency Motion for Order Authorizing Use of Cash Collateral and Turnover of Property* (the "Cash Collateral Motion"). Unless otherwise defined in this declaration, all terms defined in the Cash Collateral Motion are incorporated herein by this reference.

2. Force 10 is a financial advisory services firm specializing in corporate restructuring, challenged business, litigation, and other special situations. Force 10 has substantial experience with providing financial advisory services for entities in Chapter 11 including preparing projections, analyzing business operations, financial modeling, operational analyses, capital raising, asset sales, serving in the capacity of financial advisor, fiduciary, and developing reorganization strategies.

3. I received my Bachelor of Science in Accounting from San Diego State University and my Masters of Business Administration from the University of Southern California. I am also a licensed and active Certified Public Accountant in the state of California.

4. The budget attached to the Cash Collateral Motion as Exhibit "1" (the "Budget") was prepared at my direction and under my supervision. I believe the Budget is reasonable based on Golden Hotel's actual recent pre-petition income and expenses and includes only those expenses necessary to operate the Hotel over the next 4-week period. The projected receipts for the Hotel are based on the actual occupancy rates and average revenue per occupied room for the week ending September 13, 2020. Based on the projection set forth in the Budget, the proposed use of cash collateral will generate additional revenues replacing the cash used during the 4-week period. As reflected in the Budget, Golden Hotel is requesting authority to use approximately

$111,418, subject to the proposed variance, over a 4-week period ending October 18, 2020, and we have projected that Golden Hotel's cash balance will increase from approximately $8,425 to $17,009 by the end of the 4-week period. The use of cash collateral will enable Golden Hotel to continue to operate the Hotel and preserve its value as a going concern, which will preserve the value of Wells Fargo's asserted overall collateral package.

5.      In preparing the analysis of the equity cushion in the Budget, I reviewed, among other items, seven written offers received by the Debtors to purchase the Real Property and Hotel and a payoff demand statement for the Loan dated July 16, 2020, from Rialto Capital Advisors, LLC, the special servicer (the "Payoff Demand"). Of the purchase offers I received from the Debtors and reviewed, the most recent was in July 2020 and the oldest was in February 2019, and the majority of the offers were within the last year. In addition, of these offers, the lowest offer received was $20,000,000 and the highest offer was $25,000,000. The "Real Property & Furniture" value of $21,578,571 is the numerical average of the offers I reviewed. The "Estimated Loan Balance" was calculated based on the outstanding principal balance ($16,359,973), scheduled note interest through August 1, 2020 ($353,351), and late fees ($33,263) as set forth in the Payoff Demand (rounded to the nearest dollar), plus estimated the interest for August 1, 2020 to September 20, 2020 in the amount of $115,883, for a grand total of $16,862,470. The amount of the "Loan Cash Reserve Balance" of $1,367,004 is based on the Payoff Demand as of July 16, 2020 and may actually be higher. Based on my calculation, using the above methodology and figures, Wells Fargo is protected by an equity cushion of 36%.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of September, 2020, at Newport Beach, California.

_____
BRIAN WEISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Brian Weiss in Support of Emergency Motion for Order Authorizing Use of Cash Collateral and Turnover of Estate Property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **09/22/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marcus Colabianchi    mcolabianchi@duanemorris.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/22/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**