| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SMILEY WANG-EKVALL, LLP<br>Lei Lei Wang Ekvall, State Bar No. 163047<br>lekvall@swelawfirm.com<br>Robert S. Marticello, State Bar No. 244256<br>rmarticello@swelawfirm.com<br>Michael L. Simon, State Bar No. 300822<br>msimon@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, California 92626<br>Telephone: 714 445-1000<br>Facsimile: 714 445-1002<br><br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>GOLDEN HOTEL LLC,<br>Debtor and Debtor-in-Possession.<br><br>In re:<br>GOLDEN CAPITAL VENTURE LLC,<br>Debtor and Debtor-in-Possession.<br><br>☐ Affects GOLDEN HOTEL LLC<br>☐ Affects GOLDEN CAPITAL VENTURE LLC<br>X Affects both Debtors<br><br>Debtor(s). | CASE NO.: 8:20-bk-12636-SC<br>CHAPTER: 11<br><br>Jointly administered with Case No. 8:20-bk-12637-SC<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 03/11/2021<br>TIME: 11:00 am<br>COURTROOM: 5C<br>PLACE: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

1. TO *(specify claimant and claimant's counsel, if any)*:  Wells Fargo Bank, as Trustee, for the Benefit of the Holders of Morgan Stanley Capital 1 Trust 2015-UBS8, Commercial Mortgage Pass-Through Certificates, Series 2015-UBS8

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #11-1, 2-1 ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 02/04/2021

Smiley Wang-Ekvall, LLP
Printed name of law firm

/s/ Michael L. Simon
Signature

Date Notice Mailed: 02/04/2021

Michael L. Simon
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 3007-1.1.NOTICE.OBJ.CLAIM**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __2/4/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __2/4/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Marcus Colabianchi
Duane Morris, LLP
One Market Spear Twr #2200
San Francisco, CA 94105

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/4/2021 | Lynnette Garrett | /s/ Lynnette Garrett |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3007-1.1.NOTICE.OBJ.CLAIM

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Phillip W Bohl**  phillip.bohl@lathropgpm.com
- **Rosanne Ciambrone**  rciambrone@duanemorris.com, jjohnson3@duanemorris.com
- **Marcus Colabianchi**  mcolabianchi@duanemorris.com
- **Lei Lei Wang Ekvall**  lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Timothy W Evanston**  tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Robert S Marticello**  Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Lauren Oneil Funseth**  Lauren.ONeilFunseth@lathropgpm.com, Jessica.Tauer@lathropgpm.com
- **Caroline A Sayers**  caroline.sayers@lathropgpm.com
- **David Samuel Shevitz**  david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **Michael Simon**  msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Timothy J Yoo**  tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**